Entered on Docket
February 26, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court.
Signed February 26, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

DSE Cantina, LLC.,
Maria Maria Danville, LLC.,
       Debtor(s).
_____/

No. 12-49966 WJL
Chapter 11

**MEMORANDUM RE APPLICATION TO EMPLOY COUNSEL**

    Having reviewed all of the papers filed in connection with Debtor's Application to Employ Counsel, and having seen no additional filing from the Office of the United States Trustee, the Court raises the following issue.

    With respect to the question of whether proposed counsel to the Debtor has a security interest in the retainer, the Court notes that while the law firm, Levene, Neale, Bender, Yoo and Brill LLP, asserts that taking a retainer creates a security interest in said retainer, the Court cannot locate language within the client retention agreement that expressly grants a security interest. If a security interest is granted, it may be that it can be perfected by holding the funds pursuant to Cal. Comm. Code § 9-305. However,

it is not clear that a security interest has, in fact, been granted in the instant case.

Debtors' counsel, and anyone wishing to comment upon this issue, should be prepared to discuss whether a security interest was granted in favor of the law firm at the Hearing Regarding Application to Employ set for February 27, 2013 at 10:30 a.m.

END OF DOCUMENT

```
 1                          COURT SERVICE LIST
 2    David B. Golubchik
 3    Levene, Neale, Bender, Yoo and Brill LLP
 4    10250 Constellation Blvd. #1700
      Los Angeles, CA 90067
 5
 6    Lindsey L. Smith
      Levene, Neale, Bender, Yoo & Brill LLP
 7    10250 Constellation Blvd., #1700
 8    Los Angeles, CA 90067
 9
      U.S. Trustee
10    Office of the U.S. Trustee
11    1301 Clay St. #690N
      Oakland, CA 94612
12
13    Margaret H. McGee
      Office of the U.S. Trustee
14    1301 Clay St. #690N
15    Oakland, CA 94612-5217
16
17
18
19
20
21
22
23
24
25
26
                                                                 3
```